# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                *
                                        *
v.                                      *     CASE NO.  MAG. NO. 21-7110(KMW)
                                        *
GABRIELLE GEHOUSKEY                     *
                                        *
                                     *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

[✓]  That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓]  Video Teleconferencing

[ ]  Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

   [ ]  The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

   [ ]  Other:

Date: October 26, 2021

_____
SHARON A. KING
United States Magistrate Judge