PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Gabrielle Gehouskey  Cr.: 23-00228-001
PACTS #: 7666691

Name of Sentencing Judicial Officer:   THE HONORABLE CHRISTINE P. O'HEARN
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/08/2024

Original Offense:   Count One: Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)], a Class C Felony

Original Sentence: 5 years probation

Special Conditions: Special Assessment, Alcohol Restrictions, Alcohol Treatment, Substance Abuse Testing, Drug Treatment, Search/Seizure, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Location Monitoring Program, Other Condition, Other Condition, Support Dependents, Other Condition

Type of Supervision: Probation   Date Supervision Commenced: 03/08/2024

## STATUS UPDATE

This Status Update is being submitted in advance of a six-month Status Conference.

Since the last status update submitted to the Court on June 11, 2024, Ms. Gehouskey has remained in full compliance with the conditions of her probation and the location monitoring program. All urinalysis samples have tested negative for illicit substances with the exception to medications prescribed in her name. Ms. Gehouskey is unemployed; however, she has provided verification of her current online college enrollment at Rowan University. Lastly, she successfully completed mental health treatment at Preferred Behavioral Health on July 24, 2024.

Prob 12A – page 2
Gabrielle Gehouskey

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ANDREW E. SENATORE
      Senior U.S. Probation Officer

/ as

APPROVED:

_____  09/17/2024
KEVIN M. VILLA               Date
Supervising U.S. Probation Officer

_____
Signature of Judicial Officer

_____
9/17/24
Date